**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-7268

MICHAEL P. GRAFMULLER,

        Petitioner - Appellant,

    v.

JOSEPH WEGNER, Director, Air Force Corrections,

        Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:13-cv-00050-RAJ-DEM)

Submitted: January 14, 2016      Decided: January 20, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael P. Grafmuller, Appellant Pro Se. Joel Eric Wilson, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael P. Grafmuller appeals the district court's orders denying his Fed. R. Civ. P. 60(b)(4) motion to vacate his prior criminal convictions by a general court martial and denying his Fed. R. Civ. P. 59(e) motion to reconsider. The Federal Rules of Civil Procedure do not provide a vehicle by which Grafmuller may challenge his criminal judgment. See Fed. R. Civ. P. 1, 81; United States v. Mosavi, 138 F.3d 1365, 1366 (11th Cir. 1998) (per curiam) ("Rule 60(b) simply does not provide relief from judgment in a criminal case."). We therefore affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2